UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH HOGAN<br><br>                    Plaintiff,<br><br>- against -<br><br>ROBERT KNIGHTON NEW YORK LLC<br><br>                    Defendant. | Docket No. 1:21-cv-00534-JPC |

### [~~PROPOSED~~] REVISED SCHEDULING ORDER

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on January 21, 2021. (Dkt. 1.) The docket reflects that Defendant was served with the Complaint on January 27, 2021, making its answer due by February 17, 2021. (Dkt. 8.) To date, Defendant has not appeared in this action nor answered the Complaint. A Clerk's Certificate of Default was filed on March 9, 2021. (Dkts. 11.)

On March 23, 2021, Plaintiff informed the Court that contact had been established with Defendant and requested a 30-day extension to file her motion for default judgment so as to provide the parties an opportunity to resolve the matter.

It is hereby ORDERED that no later than April 26, 2021, Plaintiff shall move for default judgment, in accordance with Local Civil Rule 55.2 and 3.D of the Court's Individual Rules and Practices for Civil Cases, or show cause why this case should not be dismissed for failure to prosecute. Pursuant to this Court's Individual Rules, Plaintiff must serve her motion for default judgment and supporting paperwork on

Defendants by April 26, 2021, and must file an Affidavit of Service on ECF by April 29, 2021. Defendants shall file any opposition to the motion for default judgment no later than May 17, 2021. Plaintiff shall file any reply no later than May 24, 2021.

It is further ORDERED that Defendant appear and show cause at a hearing before this Court on ____June 1, 2021____ at ____2:00 p.m.____. why an order should not be issued granting a default judgment against Defendant. That hearing shall take place telephonically. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. In the event that Defendant does not appear, Plaintiff's counsel should be prepared to discuss any communications with Defendant or representatives for Defendant regarding this litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendant was served with the Summons and Complaint and this Order; why Plaintiffs' counsel is confident that Defendant has been served with those documents and has notice of the hearing; and the method for calculating damages. In the event that Defendant appears in this case and opposes the motion for default judgment prior to the scheduled court appearance on ____June 1, 2021____, that court appearance shall also serve as an Initial Case Management Conference pursuant to 5.B of the Court's Individual Rules and Practices in Civil Cases.

It is further ORDERED that Plaintiff serve Defendant via overnight courier with a copy of this Order within one week of the date of this Order. must file proof of such service on the docket.

SO ORDERED.

Dated: ____March 23, 2021____, 2021

New York, New York

_____
JOHN P. CRONAN
United States District Judge